IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

# DT-7715
(Inmate Number)

DERRICK MCKINNEY
(Name of Plaintiff)

S.C.I. Camphill P.O. Box 200
(Address of Plaintiff)

Camphill, PA. 17001-0200

vs.

Superintendent Kelchner, Unit
Manager Steigerwalt, C/O Nixdorf
C/O Snook, C/O Warner
(Names of Defendants)

1: CV 04 0205
(Case Number)

COMPLAINT

Civil Action

FILED
SCRANTON
JAN 31 2005
PER _____
DEPUTY CLERK

TO BE FILED UNDER:  ✓  42 U.S.C. § 1983 - STATE OFFICIALS
                    ___ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.  Previous Lawsuits

   A.  If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   McKinney vs. C/O Kingston et, al 95-7280 (1995) The Honorable Herbert J. Hutton Jr. Also McKinney vs. Guthrie et, al. No.# 1: CV-01-2088 and (02-1620 3rd Cir) The Honorable Judge Sylvia H. Rambo (2001)

II. Exhaustion of Administrative Remedies

   A.  Is there a grievance procedure available at your institution?
       ✓ Yes   ___ No

   B.  Have you filed a grievance concerning the facts relating to this complaint?
       ✓ Yes   ___ No

       If your answer is no, explain why not _____

   C.  Is the grievance process completed?  ✓ Yes  ___ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant Donald L. Kelchner is employed as Superintendent at SCI Camp Hill P.O. Box 200 Camp Hill PA

B. Additional defendants Unit Manager Blaine Steigerwalt All Correctional Officers one's C/OI Nixdorf C/OI Snook, and C/OI Warner All At: SCI Camp Hill P.O. Box 200 Camp Hill, PA. 17001-0200

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. This is an action pursuant to 42 USC § 1983 file by a state prisoner alleging violations of his 1st, 8th and 14th Amendments rights to the United States Constitution this court has jurisdiction under 28 USC § 1331 and 1343 as well as jurisdiction under 28 USC § 2201 and 2202

2. which authorize declaratory and injunctive relief the defendants are being sued individually and official capacities. this was in retaliation for cases: Commonwealth v. McKinney 00-1899 Criminal Term, and McKinney vs. Guthrie et al. 1:CV-01-2088. Both case's was on appeal No.#30 MT, 2003 140 MDA 2002, and No.# 02-1620 3rd Cir Respectively!

3. On February 21, 2003 at or around 7:00-7:30PM it is loged, I Plaintiff was being escorted coming from S.M.U. mini law library by C/O Nixdorf, C/O Snook and C/O Warner upon checking Plaintiff Derrick McKinney legal work it was stated you still got that case on

↗

2

2A

IV. Statement of Claim

4. Guthrie, "This was said by C/O Nikdorf." I Plaintiff Derrick McKinney did not respond. The officers on 2 to 10 P.M. shift made up their own rule and policy stating no talking when being escorted back and forth to Camphill's S.M.U. mini law library, which at said time was no rule or policy.

5. Plaintiff knew that C/O Nikdorf was out to start trouble when he came with C/O Snook and C/O Warner. Because I Derrick McKinney Plaintiff would not say anything C/O Nikdorf, who was walking directly behind Plaintiff Derrick McKinney stepped on the back of the heel of my foot and in a simultaneously move, pushed Derrick McKinney Plaintiff forward making my body jerk at this same time C/O Snook was holding Plaintiff on my left area and C/O Warner flanked Plaintiff on my right side strucked me in the back of my head along with C/O Nikdorf, repeatedly being hit with closed fists, C/O Nikdorf was stating all the time you better stay your case on "Guthrie" (#02-1620 3d cir).

6. Yassin Mohammad # CU-0143 stated "kicking" his door telling the officers to get off Plaintiff Derrick McKinney until I was grabbed by all said officers shoved in my cell B-216.

7. I Plaintiff Derrick McKinney then stood up and watched C/O Snook go too Yassin Mohammad # CU-0143 cell B226 saying your next when you go to the law library.

Yassin Mohammad # EU-0143 received a DC-141 from officer Snook on this same day 2-21-03. This was how Plaintiff Derrick McKinney was able to file Grievance DC-ADM 804.

8. Derrick McKinney Plaintiff was denied Medical Attention. Plaintiff **Immediately** requested Medical Attention for his injuries. Plaintiff Derrick McKinney was denied request to see and sign up for sick call. Could not get sick call slip from 2 to 10 PM. shift. And P.A. Newfield has her own Rules also. I tried to talk to an Nurse Jane Doe but all she said was sign up for sick call.

9. Unit Manager Steigerwalt and Superintendent Kelchner was aware of Plaintiff's situation I Derrick McKinney Plaintiff constantly was bringing this to their Attention.

10. I was being retaliated on by being denied, Burnt, Scorched, Declined, or Refused for every thing, Yard, Shower, Food every-now-and-then I will get to ext. 2 to 10 PM. shift Legal work, Law Library. Paper work, Bathroom Tissue, Soap, Toothpaste and Laundry. And all mail was being tamper with out going and incoming.

I Plaintiff Derrick McKinney was given bogus DC-141 Misconducts by said officers c/o Nikdorf and c/o Snook, and I Derrick McKinney had to get misconducts DC-141's Just (So) Plaintiff can Appeal to the P.R.C. and Superintendent Kelchner........   ↑

11. Superintendent Kelchner and Unit Manager Steigerwalt both had turn a deaf ear to the illegal conduct of their officers.

12. Plaintiff Derrick McKinney had sent DC-135A Requests, Grievance's Appeals, Misconduct's Appeals and P.R.C. Appeals.

13. Plaintiff also voiced his complaints verbally in his Periodic Review Hearings and Program Review Committee's Hearings.

I Derrick McKinney Plaintiff asked constantly to be separated or transferred away from said officers before the assault occurred.

Plaintiff Fails not to mention the Inadequate S.M.U. Mole Mini Law Library.........

## Conclusion

After numerous complaints and Appeals to: Court of Common Pleas of Cumberland County, Pennsylvania, and United States Court of Appeals for the Third Circuit, The Supreme Court of Pennsylvania for the Middle District. And Pennsylvania Department of Corrections Administration. Plaintiff Derrick McKinney was finally transferred to: S.C.I. Greene S.M.U. Program.

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Plaintiff request a Declaratory Judgement that the defendants acts, policies and practices described herein violated Plaintiff rights under the constitution.

2. Compensatory damage to compensate Plaintiff for his injury's for all Defendants liable, Punitive damages to punish the Defendants for their wilful violations of Plaintiff federal rights

3. A Jury on all Issues triable by Jury. Grant Plaintiff the costs of Litigation and such other and further relief as the court Deems, Just, Proper, and Equitable.

Signed this __29__ day of __NOVEMBER__, __04__.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__11-29-04__
(Date)

_____
(Signature of Plaintiff)

3

# ACKNOWLEDGMENTS

COUNTY OF <u>CUMBERLAND</u>            )

                                         SS:

COMMONWEALTH OF PENNSYLVANIA )

On this, the 29th day of ___Nov___ 2004 , before me a notary Public, the undersigned officer, personally appeared Derrick McKinney J7715 known to me ( or satisfactorily proven ) to be the person whose name is subscribed to within instrument, and acknowledged that he executed the same for the purpose therein contained.

   In witness whereof, I hereunto set my hand and official seal.

_____
                  Notary public

NOTARIAL SEAL
Manuel Velazquez, Notary Public
Camp Hill, Cumberland County
My Commission Expires April 18, 2005

In the United States District Court For the Middle District of Pennsylvania

# Proof of Service

I Terrick McKinney #BT-7715 Plaintiff Declares under the penalty of perjury pursuant to 18 PA C.S. § 4904 and 28 U.S.C. § 1746 that I mailed 42 U.S.C. §1983 forms to: Office of the Clerk at: U.S. Middle District Court 235 North Washington Ave P.O. Box 1148 Scranton, PA. 18501. by placing it in an Legal envelope and giving that Legal envelope to the S.M.U. Officer to place it in the Mailbox here at S.C.I Camp Hill S.M.U.

Date: 11-29-04

T.M.

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Derrick McKinney | |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Superintendent Donald L. Kelchner | Civil Action |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

S.C.I. Camp Hill

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT  P.O. Box 200 Camp Hill, PA. 17001-0200

NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Superintendent Assistant
Iva W. Taggart
2500 Lisburn Road P.O. Box 200
Camp Hill, PA. 17001-0200

Number of process to be served with this Form - 285: 5
Number of parties to be served in this case: 5
Check for service on U.S.A.:

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

8:00 AM At: Commonwealth of Pennsylvania, Department of Corrections State Correctional Institution at Camp Hill
2500 Lisburn Road P.O. Box 200
Camp Hill, PA. 17001-0200

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (717) 434-4531
DATE: 11-29-04

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am/pm |
|---|---|---|
| | | |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:**

NOTE

**PRIOR EDITIONS MAY BE USED**    3. NOTICE OF SERVICE    FORM USM-285 (Rev. 12/15/80)

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Derrick McKinney | |
| DEFENDANT | TYPE OF PROCESS |
| Officer Wagner | Civil Action |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SCI Camp Hill

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

P.O. Box 200 Camp Hill, PA 17001-0200

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

42 U.S.C. § 1983 Civil Action
Derrick McKinney
P.O. Box 200
Camp Hill, PA 17001-0200

| | |
|---|---|
| Number of process to be served with this Form - 285 | 5 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

8:00 AM At: Commonwealth of Pennsylvania, Department of Corrections State Correctional Institution at Camp Hill 2500 Lisburn Road P.O. Box 200 Camp Hill, PA. 17001-0200

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (717) 737-4531
DATE: 11-29-04

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED          **3. NOTICE OF SERVICE**          FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Derrick McKinney | |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Officer Nixdorf | Civil Action |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
S.C.I. Camp Hill

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT P.O. Box 200 Camp Hill PA 17001-0200

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

42 U.S.C. §1983 Civil Action
Derrick McKinney
P.O. Box 200
Camp Hill, PA 17001-0200

| Number of process to be served with this Form - 285 | 5 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

8:00 AM  At: Commonwealth of Pennsylvania, Department of Corrections State Correctional Institution At Camp Hill 2500 Lisburn Road P.O. Box 200 Camp Hill, PA. 17001-0200

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (717) 737-4531
DATE: 11-29-04

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above) | Date of Service | Time am/pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

**REMARKS:**

**PRIOR EDITIONS MAY BE USED**   **3. NOTICE OF SERVICE**   FORM USM-285 (Rev. 12/15/80)

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Derrick McKinney | |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Unit Manager Blaine Steigerwalt | Civil Action |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

S.C.I. Camp Hill

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

P.O. Box 200 Camp Hill, PA. 17001-0200

NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

1983 U.S.C. Civil Action
Derrick McKinney
P.O. Box 200
Camp Hill, PA. 17001-0200

Number of process to be served with this Form - 285: 5
Number of parties to be served in this case: 5
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

8:00 AM At: Commonwealth of Pennsylvania, Department of Corrections State Correctional Institution at Camp Hill 2500 Lisburn Road P.O. Box 200 Camp Hill, PA. 17001-0200

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 437-1531
DATE: 11-29-04

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service | Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

NOTE

**PRIOR EDITIONS MAY BE USED**     **3. NOTICE OF SERVICE**     FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Derrick McKinney | |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Officer Smock | Civil Action |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Sgt. Smock(?)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT Camp Hill PA. P.O. Box 17001-0200

NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

42 U.S.C. §1983 Civil Action
Derrick McKinney
P.O. Box 200
Camp Hill, PA 17001-0200

| Number of process to be served with this Form - 285 | 5 |
|---|---|
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

8:00 AM At Employment with PA Department of Corrections
State Correctional Institution at Camp Hill
2500 Lisburn Rd. P.O. Box 200
Camp Hill PA 17001-0200

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (717)
DATE: 11-29-04

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:**

NOTE

JERRICK MCKINNEY #JT-7715
S.C.I. Camp Hill
P.O. Box 200
Camp Hill, PA. 17001-0200

OFFICE OF THE CLERK
U.S. Middle District Court
235 N. Washington Ave
P.O. Box 1148
SCRANTON PA. 18501

RECEIVED
SCRANTON

JAN 31 2005

MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK